UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA,
PENSACOLA DIVISION

**DANIEL HOFFMAN, as Personal
Representative of the Estate of
ANDREA M HOFFMAN, Deceased,**

      **Plaintiffs,**

Case No.: 3:12-cv-00360-RV-EMT

-vs.-

**ATLANTIC COAST
CARRIERS, INC., a foreign
for profit corporation, and
TIMOTHY E. ODOM,**

      **Defendants.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

By agreement of the parties, it is hereby stipulated that all claims raised by the parties to this matter or which could have been raised by them, including the complaint, counterclaim, cross-claims, and third party complaints, may be dismissed without prejudice, no interest or costs to be assessed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2012, the foregoing has been furnished via electronic mail to Cindy Massion, Esq., 305 S. Gadsden Street, Tallahassee, FL 32301.

      **Perry & Young, P.A.**

      By:    **s/ Les McFatter_____**
                 **H. Lawrence Perry, Esq.**
                 **Florida Bar No.: 059765**
                 **Les McFatter, Esq.**
                 **Florida Bar No.: 147362**
                 **2612 W. 15th Street**
                 **Panama City, FL  32401**

**Phone:  850-215-7777**
**Facsimile:  850-215-4777**
**Co-Counsel for Plaintiff**