UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL HOFFMAN

    VS                                                               CASE NO.  3:12cv360-RV/EMT

TIMOTHY E ODOM and ATALANTIC
COAST CARRIERS INC

### CLERK'S DISMISSAL

Upon NOTICE OF VOLUNTARY DISMISSAL filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed without prejudice. .

                                                          Jessica J. Lyublanovits
                                                          Clerk of Court

 November 21, 2012
DATE                                                      s/ Donna Bajzik
                                                          Deputy Clerk